**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00027-CV**
_____

**IN RE LONNIE KADE WELSH**

_____

**Original Proceeding**
**435th District Court of Montgomery County, Texas**
**Trial Cause No. 15-01-00659-CV**
_____

**MEMORANDUM OPINION**

Lonnie Kade Welsh has been declared a vexatious litigant and is prohibited from filing pro se any new litigation in a court of this State without first obtaining permission from the local administrative judge. *See* Tex. Civ. Prac. & Rem. Code Ann. §§ 11.102(a), 11.103(a). Welsh filed his mandamus petition without first obtaining the required permission.

A clerk of a court may not file litigation presented, pro se, by a vexatious litigant who is subject to a prefiling order unless the litigant obtains an order from the local administrative judge permitting the filing. Tex. Civ. Prac. & Rem Code

1

Ann. § 11.103(a). On February 3, 2023, we notified the parties that Welsh is a vexatious litigant and warned that the mandamus proceeding would be dismissed unless we received an order from the local administrative judge. *See* Tex. Civ. Prac. & Rem. Code Ann. § 11.102(a). We have not received notice that the local administrative judge has permitted the filing of litigation by Welsh. Accordingly, the petition is dismissed without prejudice.

PETITION DISMISSED.

PER CURIAM

Submitted on February 22, 2023
Opinion Delivered February 23, 2023

Before Horton, Johnson and Wright, JJ.